NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., VISA INC., VISA U.S.A., INC.,**
*Appellants*

**v.**

**UNIVERSAL SECURE REGISTRY LLC,**
*Appellee*

---

2020-1222, 2020-1234

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00810.

---

Decided:  August 26, 2021

---

MARK D. SELWYN, Wilmer Cutler Pickering Hale and Dorr LLP, Palo Alto, CA, argued for all appellants.  Appellant Apple Inc. also represented by MONICA GREWAL, Boston, MA.

MATTHEW A. ARGENTI, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, for appellants Visa Inc., Visa U.S.A., Inc.  Also represented by MICHAEL T. ROSATO, Seattle, WA.

CHRISTOPHER MATHEWS, Quinn Emanuel Urquhart & Sullivan, LLP, Los Angeles, CA, argued for appellee. Also represented by TIGRAN GULEDJIAN.

————————————

Before TARANTO, WALLACH,* and STOLL, *Circuit Judges.*

STOLL, *Circuit Judge.*

In our opinion in *Universal Secure Registry LLC v. Apple, Inc.*, No. 20-2044 (Fed. Cir. Aug. 26, 2021), issued concomitantly with this opinion, we held all the claims at issue in this appeal ineligible under 35 U.S.C. § 101. For the reasons we explained in *Apple Inc. v. Voip-Pal.com, Inc.*, 976 F.3d 1316, 1321 (Fed. Cir. 2020), this appeal is rendered moot in light of our decision in *Universal Secure.* Thus, we vacate the Board's final written decision and remand for the Board to dismiss Apple's petition.

**VACATED AND REMANDED**

COSTS

No costs.

————————————

\* Circuit Judge Evan J. Wallach assumed senior status on May 31, 2021.